UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKELA MINACIS,<br><br>        Plaintiff,<br><br>    v.<br><br>JASON PARK,<br><br>        Defendant. | Case No. 24-cv-00042-SK<br><br>**ORDER TO SHOW CAUSE** |

On January 5, 2024, the Court granted Plaintiff's application to proceed *in forma pauperis*. (Dkt. No. 4.) Pursuant to 28 U.S.C. 1915, the Court screened the Complaint and found that it had failed to state a claim. (*Id*.) Therefore, the Court dismissed the Complaint but allowed Plaintiff leave to amend with a deadline to file by February 5, 2024. To date, Plaintiff has failed to anything. The Court has a full case load and does not have the time to manage this case for Plaintiff. Plaintiff must prosecute this case diligently. Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than April 22, 2024, why the Court should not issue a report and recommendation to a district judge recommending that this case should be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff is admonished that if no response is filed by this deadline, the Court will issue the report and recommendation without further notice.

**IT IS SO ORDERED**.

Dated: April 1, 2024



SALLIE KIM
United States Magistrate Judge