UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIKELA MINACIS,

          Plaintiff,

    v.

JASON PARK,

          Defendant.

Case No. 24-cv-00042-JST

**ORDER DISMISSING CASE**

On January 15, 2025, the Court granted Plaintiff Mikela Minacis's motion for relief from judgment and directed the Clerk to re-open this case. ECF No. 25. The Court set a February 28, 2025 deadline for Minacis to file an amended complaint that cures the deficiencies identified by Judge Kim in her January 5, 2024 order. *Id.* at 3. The Court advised, "If Minacis fails to file an amended complaint by February 28, 2025, the Court will dismiss this case for failure to prosecute under Federal Rule of Civil Procedure 41(b). Dismissal will be with prejudice, which means that Minacis will not be able to bring this lawsuit again." *Id.*

The February 28, 2025 deadline has passed, and, to date, Minacis has not filed an amended complaint. Accordingly, this case is now dismissed with prejudice. The Court shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: March 5, 2025

                                          JON S. TIGAR
                                 United States District Judge